No. 83–883. MISKOVSKY v. WORLD PUBLISHING CO. ET AL. Sup. Ct. Okla. Certiorari denied.

No. 83–884. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS v. PLUNKETT. C. A. 5th Cir. Certiorari denied.

No. 83–887. JACKSON v. CONSOLIDATED RAIL CORPORATION. C. A. 7th Cir. Certiorari denied.

No. 83–895. PEARSON v. COLUMBIA BRIARGATE CO. C. A. 4th Cir. Certiorari denied.

No. 83–896. SHIVELY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–913. KROGUL v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 83–917. KROOG v. MAIT ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–923. MARTIN v. ALASKA; and OLSON v. ALASKA. Ct. App. Alaska. Certiorari denied. Reported below: 664 P. 2d 612 (first case).

No. 83–928. MCGAUGHEY, AKA ZIGORIS, ET AL. v. ZIGORIS. Sup. Ct. Ky. Certiorari denied.

No. 83–934. GREGER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–957. YARD-MAN, INC. v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–961. SCHELLONG v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–964. SMITH v. CONNER, JUDGE, UNITED STATES DISTRICT COURT, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–966. FAITH CENTER, INC. v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.